THE STATE OF OHIO, APPELLEE, *v.* MUNDY, APPELLANT.

[Cite as *State v. Mundy*, 132 Ohio St.3d 128, 2012-Ohio-2677.]

(No. 2011–0838—Submitted June 6, 2012—Decided June 19, 2012.)

{¶ 1} The certified question is answered in the affirmative.  The judgment of the court of appeals is reversed, and the cause is remanded for application of *State v. Harris*, 132 Ohio St.3d 318, 2012-Ohio-1908, 972 N.E.2d 509.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, CUPP, and McGEE BROWN, JJ., concur.

LANZINGER, J., dissents.

Dean Holman, Medina County Prosecuting Attorney, for appellee.

Raymont Mundy, pro se.